1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    No. CR 99-93 MMC

12              Plaintiff,

13      v.                                       **ORDER DENYING MOTION TO DISMISS ALL PENDING AND UNRESOLVED INDICTMENTS**

14  VICTOR UZOMA DURU,

15              Defendant.
    /_____
16

17  UNITED STATES OF AMERICA,                    No. CR 03-87 MMC

18              Plaintiff,

19      v.

20  VICTOR UZOMA DURU,

21              Defendant.
    /_____
22

23          Before the Court is defendant Victor Uzoma Duru's "Motion to Dismiss All Pending

24  and Unresolved Indictments," filed December 30, 2011, pursuant to the Interstate

25  Agreement on Detainers Act ("IAD"), 18 U.S.C.App. § 2.  Under the IAD, a prisoner has the

26  right to make a request for final disposition of the indictment, information, or complaint on

27  which a detainer is based.  See United States v. Lualemaga, 280 F.3d 1260, 1263 (9th Cir.

28  2002).

Having read and considered the motion, and having reviewed the Clerk's record as to the two matters identified in said motion as assigned to the undersigned, specifically Case Nos. CR 99-93 MMC and CR 03-87 MMC, the Court hereby DENIES the motion as moot, for the reason that no charges remain pending in either such action.

**IT IS SO ORDERED.**

Dated: February 14, 2012

MAXINE M. CHESNEY
United States District Judge